Case 1:22-cv-07851-LTS   Document 15   Filed 09/07/23   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA MUZUMALA,

                      Plaintiff,

        -against-

UNKNOWN FEDERAL AGENTS, et al.,

                    Defendants.

22-CV-7851 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. By order dated August 28, 2023, the Court dismissed

Plaintiff's complaint. On September 5, 2023, the Court received a letter from Plaintiff requesting

an extension of time to file a motion for reconsideration. The Court grants Plaintiff's request for

an extension of time. Plaintiff may file a motion for reconsideration within 30 days of the date of

this order.

## CONCLUSION

The Court grants Plaintiff a 30 days' extension of time to file a motion for

reconsideration. (ECF 14.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 7, 2023
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge
