UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA MUZUMALA,

                              Plaintiff,

            -against-

UNKNOWN FEDERAL AGENTS, et al.,

                              Defendants.

22-CV-7851 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. By order dated August 28, 2023, the Court dismissed Plaintiff's complaint. On September 5, 2023, the Court received a letter from Plaintiff requesting an extension of time to file a motion for reconsideration. On September 7, 2023, the Court granted Plaintiff's request and stated that he may file a motion for reconsideration within 30 days. Plaintiff, however, has submitted a second request for an extension of time to file a motion for reconsideration. (ECF 16.)

The Court grants Plaintiff's request for another extension of time. Plaintiff may file a motion for reconsideration within 30 days of the date of this order. No further extensions will be granted.

**CONCLUSION**

The Court grants Plaintiff a 30 days' extension of time to file a motion for reconsideration.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    October 12, 2023
            New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge